

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2022

No. 04-22-00387-CR

**EX PARTE** Franklin Jose Velasquez **MARTINEZ**

From the County Court, Kinney County, Texas
Trial Court No. 10369CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

The Appellant's Unopposed First Motion to Extend Time to File Brief is hereby GRANTED. The appellant's brief is due on or before August 18, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2022.



_____
Michael A. Cruz,
Clerk of Court